CRIMINAL COMPLAINT

# United States District Court

DISTRICT of ARIZONA

United States of America
v.
**Jesus Arturo Cordova-Gallegos**
YOB: 1992; Mexico Citizen

DOCKET NO.

MAGISTRATE'S CASE NO.
18-04502MJ

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 15, 2018, at or near Ajo in the District of Arizona, **Jesus Arturo Cordova-Gallegos**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on February 15, 2012 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jesus Arturo Cordova-Gallegos** is a citizen of Mexico. On February 15, 2012, **Jesus Arturo Cordova-Gallegos** was lawfully denied admission, excluded, deported and removed from the United States through Calexico, California. On May 15, 2018, agents found **Jesus Arturo Cordova-Gallegos** in the United States at or near Ajo, Arizona, without the proper immigration documents. **Jesus Arturo Cordova-Gallegos** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED
    Being duly sworn, I declare that the foregoing is
    true and correct to the best of my knowledge.
CMN/drh
AUTHORIZED AUSA /s/Carolyn M. Nedder

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE

Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
May 16, 2018

[1] See Federal rules of Criminal Procedure Rules 3 and 54